

RECEIVED
IN MONROE, LA
MAY 8 - 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| GBEKE M. AWALA | CIVIL ACTION NO. 07-0160 |
| VERSUS | JUDGE ROBERT G. JAMES |
| CIRCUIT JUDGE BARKSDALE, ET AL. | MAG. JUDGE KAREN L. HAYES |

## RULING

Pending before the Court is a "Notice of Appeal" [Doc. No. 10] filed by Plaintiff Gbeke M. Awala ("Awala") in the above-referenced matter. Awala filed this civil rights lawsuit on January 24, 2007, and on March 5, 2007, he was granted in forma pauperis status.

However, on subsequent review, Magistrate Judge Karen L. Hayes determined that Awala had filed numerous civil lawsuits while a prisoner, and more than three of those lawsuits were dismissed as frivolous. Accordingly, on April 2, 2007, she issued an order revoking and rescinding Awala's in forma pauperis status and ordering him to pay the filing fee of $350 within twenty (20) days of the date of her order.

Instead, on April 12, 2007, Awala filed a motion for reconsideration, which was subsequently denied on April 13, 2007. On April 27, 2007, Magistrate Judge Hayes issued an order striking Awala's pleadings and ordering that the case be administratively closed.

On April 30, 2007, Awala filed this appeal.

Having reviewed the record in this matter, the Court finds that Magistrate Hayes correctly stated the applicable law and recounted applicable facts, and the Court adopts her April 2, 2007

Order. As Awala has not indicated that he is in "imminent danger of serious physical injury," he is not entitled to proceed in forma pauperis. See 28 U.S.C. § 1915(g). Because he has not paid the filing fee as ordered, Awala's appeal [Doc. No. 10] is DENIED, and this lawsuit is DISMISSED WITHOUT PREJUDICE.

MONROE, LOUISIANA, this 8th day of May, 2007.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE